No. 83. PALACE CORPORATION *v.* UNITED STATES. Court of Claims. Certiorari denied. *Leo Fixler* for petitioner. *Acting Solicitor General Davis, Assistant*

*Attorney General Burger* and *Samuel D. Slade* for the United States.